MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL HITESMAN<br><br>    Defendant. | Case Nos. CR-14-00010 LHK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING<br>AND EXCLUDE TIME**<br><br>Date: April 30, 2014<br>Time: 9:30 a.m.<br>Hon. Lucy H. Koh |

Defendant DANIEL HITESMAN, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matter from April 30, 2014 at 9:00 a.m. to June 4, 2014 at 9:00 a.m.

The parties further agree that excluding the time resulting from this continuance from computation under the Speedy Trial Act is in the interest of justice and outweighs the best interest of both the public and the defendant in a speedy trial, and is necessary for effective preparation of defense counsel.

Good cause exists for this request.  Mr. Hitesman has made several pending specific discovery requests of the government, including a request for audio and video evidence which the parties, despite due diligence, need additional time to obtain and review.

U.S. V. HITESMAN

Moreover, the defense is conducting necessary investigation including locating and obtaining statements from percipient witnesses as well as documentary evidence relevant to the defendant's activities on the date of the offense.

**IT IS SO STIPULATED.**

Dated: 4/28/2014           /s/ Jeff Schenk

                                               JEFF SCHENK
                                               Assistant United States Attorney

Dated: 4/28/2014           /s/Michael Hinckley

                                               MICHAEL HINCKLEY
                                               Attorneys for Defendant

# ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from April 30, 2014, at 9:30 a.m. to June 4, 2014

Also, based upon the representation of counsel and the stipulation, and good cause shown, the Court finds that failure to exclude time from April 30, 2014 to June 4, 2014 would unreasonably deny defendant reasonable time necessary for effective preparation of his counsel, taking into account the exercise of due diligence.  18 U.S.C. sec. 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding time from April 30, 2014 to June 4, 2014 from computation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial.  THEREFORE, IT IS HEREBY ORDERED that the time from April 30, 2014 to June 4, 2014, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. sec. 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated:  4/29/14

*Lucy H. Koh*
Hon. LUCY H. KOH
United States District Judge

U.S. V. HITESMAN